No. 61082.—Bloomingdale Bros. (a Div. of Fed. Dept. Stores, Inc.) et al. v. United States, protests 286624–K, etc. (New York).

. · Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.